# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
April 23, 2014
Lyle W. Cayce
Clerk

No. 14-10252

D.C. Docket No. 4:14-CV-24

KYEV POMPA TATUM, SR.; TONYA ROCHELLE TATUM; HERSHEY ANN TATUM,

        Plaintiffs - Appellants

v.

TARRANT REGIONAL WATER DISTRICT; VICTOR W. HENDERSON; JACK STEVENS; MARTY LEONARD; JIM LANE; MARY KELLEHER,

        Defendants - Appellees

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 19 2014
CLERK, U.S. DISTRICT COURT
By:_____ Deputy

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before HIGGINBOTHAM, DAVIS, and HAYNES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: MAY 15 2014

A True Copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By:_____ Deputy
MAY 15 2014
New Orleans, Louisiana

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

RECEIVED MAY 19 2014 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

May 15, 2014

Ms. Karen S. Mitchell  
Northern District of Texas, Fort Worth  
United States District Court  
501 W. 10th Street  
Room 310  
Fort Worth, TX 76102

    No. 14-10252    Kyev Tatum, Sr., et al v. Tarrant Regional Water Dist, et al  
                              USDC No. 4:14-CV-24

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Nancy F. Dolly, Deputy Clerk  
504-310-7683

cc w/encl:  
    Mr. Michael L. Atchley II  
    Mr. Lee Foster Christie  
    Mr. Russell Alan Devenport  
    Mr. Greg S. Hargrove  
    Mr. Donald E. Herrmann  
    Mr. Christopher D. Kratovil  
    Honorable Reed Charles O'Connor  
    Mr. Matthew Daniel Rinaldi  
    Mr. David John Schenck  
    Mr. Jeffrey Eric Whitfield

P.S. to Judge O'Connor: A copy of the opinion was sent to your office via email the day it was filed.